IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SANTOS SANTANA CRUZ, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:22-CV-021-LY |
| | § | |
| BUFFALO FRAMING AND TRUSS, LLC, | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On February 17, 2022, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice (Doc. #8). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _22nd_ day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

FILED
FEB 22 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK